IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02 CR 00892-2 |
| ) | Judge Suzanne B. Conlon |
| ENAAM M. ARNAOUT, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER

This matter having come before the Court upon "Defendant's Unopposed Motion To Modify the Terms of Supervised Release To Permit Travel," filed on January 25, 2011, the Government and Probation having no objection, and the parties having fully addressed the matter orally in open court on March 8, 2011,

**IT IS HEREBY ORDERED**:

1. The conditions of Defendant's Supervised release are modified to permit defendant to travel to Al-Madena, Saudi Arabia, for a period not to exceed thirty (30) days, so as to visit his ailing and infirm mother, Souad Ghanam, a resident of Al-Madena, Saudi Arabia.

2. At least ten (10) days prior to leaving the District, Defendant shall submit an itemized itinerary detailing the dates, times, locations, airlines and flight numbers of each of Defendant's flights, or other connections, to U.S. Probation, c/o Scott Porter, and the United States Attorney's Office, c/o Assistant U.S. Attorney, Christopher Veatch.

3. While in Saudi Arabia defendant shall reside at all times with his brother, Dr. Hisham Arnaout, in Al-Madena at the following address:

Al-Madena Al- Monawra
Qurban Street
Trust Omar Sunboul Building
Second floor, apartment 2
Tel: 04- 8242327

4. Souad Ghanam, Defendant's mother and Asma Ezuldin, Defendant's sister-in-law, also reside at the above address. In addition, Defendant expects to be visited by several other family members during his stay in Saudi Arabia, including, his brother, Tammam Arnaout, and his sister-in-law Iman Salem, as well as two of Defendant's sisters, Maysa Arnaout and Raja Arnaout.

5. Defendant shall remain in direct contact with his Probation Officer, Scott Porter, via telephone at the designated arranged times required by Mr. Porter throughout his trip, and abide by any other restrictions Mr. Porter shall deem necessary to impose should, in Mr. Porter's sole discretion, arise.

6. Defendant shall promptly notify Mr. Porter prior to his departure from Saudi Arabia and promptly notify Mr. Porter upon his return to Chicago.

7. Defendant's travel permitted pursuant to this Order is limited to Al-Madena, Saudi Arabia, and to transit between Al-Madena, Saudi Arabia, and the Northern District of Illinois.

Dated:
March 11, 2011

ENTERED:

*Suzanne B. Conlon*
Judge Suzanne B. Conlon